NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIVIX GOLF, INC.,**
*Plaintiff-Appellee,*

v.

**JEFFREY P. MOHR AND REMEDY GOLF, INC.,**
*Defendants-Appellants,*

AND

**BANDWAGON, INC.,**
*Defendant-Appellant,*

AND

**DIANA SARCOZ AND FELIX HOANG,**
*Defendants.*

---

2012-1235, -1236

---

Appeals from the United States District Court for the Southern District of California in case no. 05-CV-1488, Judge John A. Houston.

---

ON MOTION

---

**O R D E R**

Bandwagon, Inc. moves for a 60-day extension of time, until June 29, 2012, to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 1 8 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  William T. Pascoe, Esq.
     William Eric Hilton, Esq.
     Todd A. Moore, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 8 2012

JAN HORBALY
CLERK